UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC L. SWIFT,

Defendant.

05 JUL 12 P 4 :44

**05 CR 177**

Case No. 05-CR-

[42 U.S.C. § 1973gg-10(2)(B)]

## INDICTMENT

### THE GRAND JURY CHARGES THAT:

1.      On or about November 2, 2004, in Milwaukee County, in the State and Eastern District of Wisconsin,

### ERIC L. SWIFT,

the defendant herein, knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Wisconsin of a fair and impartially conducted election process by casting a ballot that he knew to be materially false and fraudulent under Wisconsin law.

2.      The defendant's ballot was cast in the November 2, 2004 General Election, an election that included races for federal office.

3.      The defendant's ballot was materially false and fraudulent in that the defendant obtained the ballot by falsely certifying that he was eligible to vote when, in fact and as the defendant well knew, he was not eligible to vote under Wisconsin law because he was a convicted felon under the supervision of the Wisconsin Department of Corrections on November

2, 2004. Specifically, the defendant was on supervision with respect to a felony conviction for Possession with Intent to Distribute – Cocaine in Milwaukee County Case No. 02-CF-720.

All in violation of Title 42, United States Code, Section 1973gg-10(2)(B), and Title 18, United States Code, Section 2.

**A TRUE BILL:**

_____

FOREPERSON

Dated: _____ 7-12-05 _____

STEVEN M. BISKUPIC
United States Attorney

2